Gary A. Zipkin
Christina A. Rankin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: gzipkin@guessrudd.com
crankin@guessrudd.com
Attorneys for Progressive

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DEBI L. SOMERVILLE,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE SPECIALTY INSURANCE COMPANY and PROGRESSIVE INSURANCE COMPANY<br><br>Defendants. | U.S. District Court Case No.<br>3:11-cv-_____(___)<br><br><br><br><br><br>Superior Court Case No.<br>3AN-11-9039 CI |

## NOTICE OF REMOVAL

To: Debi L. Sommerville
c/o Frank J. Schlehofer, Esq.
Schlehofer Law Offices, P.C.
800 East Dimond Blvd., Suite 3-640
Anchorage, AK 99515-2028

Progressive Specialty Insurance Company and Progressive Insurance Company, (hereinafter "Progressive"), by and through their attorneys, Guess & Rudd P.C., hereby remove to this court the state court action described below.

1. Introduction

On July 8, 2011, plaintiff filed a suit in the Superior Court for the Third Judicial District at Anchorage, Alaska, entitled <u>Debi L. Sommerville v. Progressive Specialty Insurance Company and Progressive Insurance Company,</u> Case No. 3AN-11-9039 CI.

The Complaint alleges that on January 3, 2011, Ms. Sommerville was "struck by another driver who was at fault . . . [and that] driver did not have insurance coverage."[1] The Complaint further alleges that "under the terms of Progressive's policy, uninsured motorist coverage applies," but Progressive has "interfered with [plaintiff's] UM/UIM benefits and/or contract right" by not providing her requested information.[2] According to the Complaint, Progressive breached its duty of care to Debi Sommerville. Plaintiff's prayer for damages asked for "compensatory damages in excess of $100,000."[3]

---

[1] See Exhibit A, Complaint ¶ 3.

[2] Id. ¶ 3 & 7.

[3] Id. at p. 4; prayer at ¶ (a).

This court has jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441. There is complete diversity as between the parties and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

Pursuant to 28 U.S.C. § 1446, Progressive has attached as Exhibit A all of the state court process, pleadings, and orders served upon it. This Notice of Removal is filed within thirty days after receipt by Progressive of a copy of the original summons and complaint. Id. Progressive has, simultaneously, with this filing, also filed its Notice Re Removal in the Superior Court for the Third Judicial District at Anchorage.

2.   Argument

A.   The Amount in Controversy Exceeds $75,000

Where a complaint sets forth a specific amount of damages in excess of the jurisdictional amount, then the plaintiff's allegations are controlling.[4] Because the Complaint seeks compensatory damages in excess of $100,000, the requisite amount in controversy is satisfied.

B.   Complete Diversity Exists As to All Parties

There exists complete diversity of citizenship between the parties. The Complaint asserts that plaintiff Debi L. Somerville is a resident of the State of Alaska.

---

[4] See Sanchez v. Monumental Life Ins. Co., 102 F.3d 398, 402 (9th Cir. 1996) ("the sum claimed by the plaintiff controls if the claim is apparently made in good faith") (quoting St. Paul Mercury Indem. Co. v. Red Cab. Co., 303 U.S. 283 (1938)).

Progressive has no reason to believe otherwise.[5] Progressive is an Ohio corporation with its principal place of business in Ohio. As such, Progressive is a citizen of the State of Ohio for diversity purposes. 28 U.S.C. § 1332(c)(1).

3. Conclusion

Because the substantive requirements of federal diversity jurisdiction have been fully satisfied, Progressive respectfully requests that this court assume full jurisdiction over this action.

DATED at Anchorage, Alaska, this 10th day of August, 2011.

> GUESS & RUDD P.C.
> Attorneys for Progressive Specialty Insurance
> Company and Progressive Insurance Company
>
> By: _____
> Christina A. Rankin
> Guess & Rudd P.C.
> 510 L Street, Suite 700
> Anchorage, Alaska 99501
> Phone: (907) 793-2200
> Fax: (907) 793-2299
> Email: crankin@guessrudd.com
> Alaska Bar No. 0306034

---

[5] See Exhibit A.

## VERIFICATION FOR NOTICE OF REMOVAL

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

      Christina A. Rankin, being of lawful age and being first duly sworn, deposes and says that she has executed the above Notice of Removal, that she has read the same, and that the matters therein set forth are true to the best of her knowledge, information, and belief, and that she has signed the same freely and voluntarily.

                                            Christina A. Rankin

      SUBSCRIBED AND SWORN TO before me, a notary public, this 10 day of August, 2011.

                                      Notary Public in and for Alaska
                                      My Commission Expires: 12/1/11

CERTIFICATE OF SERVICE
I hereby certify that on the 10 day of
August, 2011, I mailed a true and correct copy
of the foregoing document to:

Frank J. Schlehofer, Esq.
Schlehofer Law Offices, P.C.
800 East Dimond Blvd., Suite 3-640
Anchorage, AK 99515-2028

Guess & Rudd P.C.

By:_____
F:\DATA\5200\164\Pleadings\03 Notice of Removal.doc

Notice of Removal
<u>Somerville v. Progressive</u>, Case No. 3:11-cv-_____
State Court Case No. 3AN-11-9039 CI
Page 5 of 5

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299