IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DEBI L. SOMERVILLE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PROGRESSIVE SPECIALTY )<br>INSURANCE COMPANY and )<br>PROGRESSIVE INSURANCE )<br>COMPANY. )<br>)<br>Defendant. )<br>_____ ) Case No. 3AN-11-9039 CI | **COPY**<br>Original Received<br>JUL - 8 2011<br>Clerk of the Trial Courts |

## COMPLAINT

COMES NOW Debi L. Somerville, by and through her attorneys, Schlehofer Law Offices, P.C., and files this claim:

### I. Jurisdiction

1. Debi L. Somerville, at all times relevant was and continues to be a resident and citizen of the State of Alaska, residing in the Third Judicial District.

2. Upon information and belief, the defendant PROGRESSIVE SPECIALTY INSURANCE COMPANY and PROGRESSIVE INSURANCE COMPANY collectively referred to as "Progressive" hereafter, are corporations legally doing business within the State of Alaska.

COMPLAINT
*Somerville v. Progressive Specialty Insurance Company and Progressive Insurance Company*
Case No. 3AN-11-    CI
Page 1 of 4

Schlehofer Law Offices, P.C.
800 East Dimond Blvd. Ste. 3-640
Anchorage, Alaska 99515-2028
Tel (907) 344-3434   Fax (907) 349-1687
frankj@schlawoffice.com
dkevin@schlawoffice.com

3. On January 3, 2011, Ms. Somerville was a driver in her car in Anchorage, Alaska when she was struck by another driver who was at fault. The at-fault driver did not have insurance coverage. Under the terms of Progressive's policy, uninsured motorist coverage applies.

4. Under this insurance policy and Alaska Law, Progressive has a duty to cooperate with its insured Debi L. Somerville, and owes her a duty of good faith.

5. Despite repeated requests, Progressive has failed to provide a copy of Ms. Somerville's insurance policy, declaration of coverage page, UM/UIM selection/rejection form, if any, and the entire application for insurance. Progressive has violated its duties of good faith.

## II. Claims

6. Plaintiff incorporates by reference the statements above.

7. Progressive and its agents have interfered with her UM/UIM benefits and/or contract rights by refusing, after numerous requests, to provide documents regarding her automobile insurance coverage, and in particular, information regarding contract benefits for uninsured motorist coverage. Attached as Exhibit 1 is the following correspondence: Correspondence to Progressive dated January 20, 2011, requesting a copy of the automobile insurance policy, declaration of coverage page, and UM/UIM selection/rejection form, if any; faxed correspondence to Tiffany Baldwin with Progressive dated February 8, 2011, again requesting the same information; faxed correspondence to Tiffany Baldwin with Progressive, dated May 19, 2011, again requesting the same information, as well as a complete copy of Ms. Somerville's application for insurance. A minimum of five phone calls were also made in 2011 to Progressive but still there has been no records forwarded. The statute of limitations for bringing a claim

*Schlehofer Law Offices, P.C.*
800 East Dimond Blvd. Ste. 3-640
Anchorage, Alaska 99515-2028
Tel (907) 344-3434   Fax (907) 349-1687
frankj@schlawoffice.com
dkevin@schlawoffice.com

COMPLAINT
*Somerville v. Progressive Specialty Insurance Company and Progressive Insurance Company*
Case No. 3AN-11-      CI
Page 2 of 4

Case 3:11-cv-00160-TMB   Document 1-1   Filed 08/10/11   Page 2 of 19

against an at-fault driver is two years from the date of the accident. It is unknown what the statute of limitations or policy requirements are under Ms. Somerville's automobile insurance coverage with Progressive since no individuals have responded regarding coverage, much less provide a copy of the automobile insurance policy. These actions by the defendant shows a reckless and intentional disregard for the rights of its insured and has caused emotional distress to Debi L. Somerville, inconvenience, and constitutes a tort of interference with a prospective cause of action and any contractual rights she may have under her insurance policy.

### III. Prayer

8. Plaintiff incorporates by reference the statements above.

9. As a direct and proximate result of the negligence of the Defendants mentioned above, and any other negligence or violations of applicable ordinances, codes or statutes which may be brought out at trial, the Plaintiff has sustained damages which have resulted in or which may result in:

(1) Loss of all contractual benefits under any insurance policy, including any uninsured motorist coverage;

(2) Past and future pain and suffering;

(3) Past and future mental anguish;

(4) Past and future medical expenses;

(5) Past and future disfigurement and physical impairment;

(6) Past and future lost wages;

(7) Past and future inconvenience;

COMPLAINT
*Somerville v. Progressive Specialty Insurance Company and Progressive Insurance Company*
Case No. 3AN-11-    CI
Page 3 of 4

Schlehofer Law Offices, P.C.
800 East Dimond Blvd. Ste. 3-640
Anchorage, Alaska 99515-2028
Tel (907) 344-3434    Fax (907) 349-1687
frankj@schlawoffice.com
dkevin@schlawoffice.com

(8) Lost time;

(9) Impairment of earning capacity;

(10) Loss of enjoyment of life and diminished ability to enjoy other physical pursuits;

(11) Past and future non-economic losses.

WHEREFORE, Plaintiff prays for judgment as follow:

(a) Compensatory damages in excess of $100,000 the exact amount to be more specifically determined at trial;

(b) Medical and incidental expenses;

(c) Damages for pain and suffering and other damage items mentioned above;

(d) Costs of suit;

(e) Attorney's fees;

(f) Pre-judgment interest;

(g) Such other and further relief as the court deems just and proper.

DATED at Anchorage, Alaska this 6 day of July 2011.

SCHLEHOFER LAW OFFICES, P.C.
Attorneys for Plaintiff

By: _____
Frank J. Schlehofer
Alaska Bar No. 9011111

Schlehofer Law Offices, P.C.
800 East Dimond Blvd. Ste. 3-640
Anchorage, Alaska 99515-2028
Tel (907) 344-3434   Fax (907) 349-1687
frankj@schlawoffice.com
dkevin@schlawoffice.com

Case 3:11-cv-00160-TMB   Document 1-1   Filed 08/10/11   Page 4 of 19

Frank J. Schlehofer
D. Kevin Williams

Amy DuVall, Paralegal



**Schlehofer Law Offices, P.C.**

800 E. Dimond Blvd., Ste. 3-640
Anchorage, Alaska 99515-2028
Telephone: (907) 344-3434
Toll Free: 1-800-478-3004
Fax: (907) 349-1687

January 20, 2011

**COPY**
Original Received
JUL -8 2011

Clerk of the Trial Courts

<u>**VIA FACSIMILE & FIRST CLASS MAIL**</u>

Progressive Insurance Company
375 W. 36th Ave., Suite 100
Anchorage, AK 99503

Re:  Our Client:     Debi L. Somerville
     Date of Loss:   1/3/2011
     Your Claim No.: 115900346

Dear Sir/Madam:

Our firm represents Debi L. Somerville with regard to injuries she sustained in an accident on 1/3/2011. Our client will be seeking medical payments and/or UIM coverage for injuries sustained in this accident. In particular, we are also asking for immediately <u>a copy our client's UM/UIM selection/rejection form, if any</u>.

Please direct all future correspondence to this office and do not contact our client. If you have any physical evidence within your custody or control relating to this accident, do not alter, destroy or dispose of this evidence without the prior written consent of this office. Please also provide us with a copy of the insurance policy, and the declaration of coverages page. Lastly, if you took a recorded statement of our client, or other individuals, please send a copy of these statements to our office.

Please feel free to contact me if you wish to discuss this case.

Very truly yours,

SCHLEHOFER LAW OFFICES, P.C.

Frank J. Schlehofer
Attorney at Law

FJS/ad

Exhibit 1
Page 1 of 15

# HP LaserJet *3050*

# Fax Call Report

SCHLEHOFER LAW OFFICES
9073491687
Jan-20-2011   6:45AM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 7775 | 1/20/2011 | 6:44:08AM | Send | 97709052 | 1:21 | 2 | OK |

## FAX TRANSMISSION

SCHLEHOFER LAW OFFICES, P.C.
800 E. Dimond Blvd., Suite 3-640
Anchorage, AK 99515-2028
(907) 344-3434
Fax: (907) 349-1687

| | | | |
|---|---|---|---|
| To: | Progressive Insurance Company | Date: | January 20, 2011 |
| Fax #: | (907) 770-9052 | Pages: | 2, including this cover sheet |
| From: | Frank J. Schlehofer | | |
| Subject: | Our Client: | Debi L. Somerville | |
| | Date of Loss: | 1/3/2011 | |
| | Your Claim No.: | 115900346 | |
| File #: | 203797 | | |

COMMENTS:

If you do not receive all pages of this facsimile transmission, please contact
Frank J. Schlehofer at 1-907-344-3434

WARNING
The information contained in this facsimile transmission is intended for the named recipient only and may be privileged or confidential. If the reader of this facsimile transmission is not the named recipient, you are hereby notified that you are prohibited from distributing or photocopying this transmission without the express consent of the named recipient or the sender.

Exhibit 1
Page 2 of 15



Progressive Insurance Company
375 W. 36th Ave., Suite 100
Anchorage, AK 99503

*Schlehofer Law Offices, P.C.*
800 East Dimond Blvd. Ste. 3-640
Anchorage, Alaska 99515-2028

Exhibit 1
Page 3 of 15

Frank J. Schlehofer
D. Kevin Williams

Amy DuVall, Paralegal


*Schlehofer Law Offices, P.C.*

800 E. Dimond Blvd., Ste. 3-640
Anchorage, Alaska 99515-2028
Telephone: (907) 344-3434
Toll Free: 1-800-478-3004
Fax: (907) 349-1687

February 8, 2011

**VIA FACSIMILE (559) 448-8457 (2nd letter sent)**

Attn: Jamie for Tiffany Baldwin
Progressive Insurance Company
375 W. 36th Ave., Suite 100
Anchorage, AK  99503

Re:  Our Client:     Debi  L. Somerville
     Date of Loss:   1/3/2011
     Your Claim No.: 115900346

Dear Ms. Baldwin:

Our firm represents Debi L. Somerville with regard to injuries she sustained in an accident on 1/3/2011.  Our client will be seeking medical payments and/or UIM coverage for injuries sustained in this accident.  In particular, we are also asking for immediately  **a copy our client's UM/UIM selection/rejection form, if any**.

Please direct all future correspondence to this office and do not contact our client.  If you have any physical evidence within your custody or control relating to this accident, do not alter, destroy or dispose of this evidence without the prior written consent of this office.  Please also provide us with a copy of the insurance policy, and the declaration of coverages page.  Lastly, if you took a recorded statement of our client, or other individuals, please send a copy of these statements to our office.

Please feel free to contact me if you wish to discuss this case.

Very truly yours,

SCHLEHOFER LAW OFFICES, P.C.

Frank J. Schlehofer
Attorney at Law

FJS/ad

Exhibit 1
Page 4 of 15

## HP LaserJet 3050

# Fax Call Report

SCHLEHOFER LAW OFFICES PC
(907)349-1687
Feb-8-2011    11:28AM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 23362 | 2/ 8/2011 | 11:26:43AM | Send | 91559448845720397203 | 1:35 | 2 | OK |

### FAX TRANSMISSION

SCHLEHOFER LAW OFFICES, P.C.
800 E. Dimond Blvd., Suite 3-640
Anchorage, AK 99515-2028
(907) 344-3434
Fax: (907) 349-1687

| | | | |
|---|---|---|---|
| To: | Progressive Insurance Company | Date: | February 8, 2011 |
| Fax #: | (559) 448-8457 | Pages: | 2, including this cover sheet |
| From: | Frank J. Schlehofer | | |
| Subject: | Our Client: | Debi L. Somerville | |
| | Date of Loss: | 1/3/2011 | |
| | Your Claim No.: | 115900346 | |
| File #: | 203797 | | |

COMMENTS:

F:\pinsdocs\medpay.frm

Exhibit 1
Page 5 of 15

Frank J. Schlehofer
D. Kevin Williams

Amy DuVall, Paralegal



**Schlehofer Law Offices, P.C.**

800 E. Dimond Blvd., Ste. 3-640
Anchorage, Alaska 99515-2028
Telephone: (907) 344-3434
Toll Free: 1-800-478-3004
Fax: (907) 349-1687

May 19, 2011

**VIA FACSIMILE (559) 448-8457**

Tiffany Baldwin
Progressive Insurance Company
375 W. 36th Ave., Suite 100
Anchorage, AK 99503

Re:   Our Client:        Debi L. Somerville
       Date of Loss:     1/3/2011
       Your Claim No.:  115900346

Dear Ms. Baldwin:

     As you are aware, our firm represents Debi L. Somerville with regard to injuries she sustained in an accident on 1/3/2011. We informed Progressive on January 20, 2011, by mail and by fax, that our client will be seeking medical payments and/or UIM coverage for injuries sustained in this accident. In that letter, we requested, immediately, a copy of our client's UM/UIM selection/rejection form, if any, as well as a copy of the policy and declaration of coverage page. On February 8th, we faxed another letter to you requesting this information again. On February 21st, 23rd, 25th, March 7th, and March 15th either I or my paralegal have either spoken with you or left messages for you regarding the status to receiving the requested information particularly a copy of our client's entire application for insurance including the UM/UIM selection/rejection form. You informed my paralegal on February 23rd that you contacted the agent Debbie and they have an e-signature on file rejecting the med pay and UM coverage and that you would fax that to our office when you received it from the agent. To date, we have not received any information from Progressive as requested several times.

     By failing to provide the entire application for insurance including the UM/UIM selection/rejection form and a copy of the policy, you and Progressive have breached your duties of good faith and we reserve the right to file suit. <u>Please forward a complete copy of Debi Somerville's application for insurance by May 26, 2011</u>. I have attached a copy of an Application for Insurance with Progressive that I received for a defendant in another case as an example representing the entire application.

                                   Cordially,
                                     SCHLEHOFER LAW OFFICES, P.C.

                                   Frank J. Schlehofer

FJS/ad
Attachment

Exhibit 1
Page 6 of 15

## HP LaserJet 3050

# Fax Call Report

SCHLEHOFER LAW OFFICES
9073491687
May-18-2011  10:13AM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 8978 | 5/18/2011 | 10:09:22AM | Send | 915594488457203797 | 4:20 | 10 | OK |

## FAX TRANSMISSION

SCHLEHOFER LAW OFFICES, P.C.
800 E. Dimond Blvd., Suite 3-640
Anchorage, AK 99515-2025
(907) 344-3434
Fax: (907) 349-1687

To: Progressive Insurance Company    Date: May 19, 2011
Fax #: (559) 448-8457    Pages: 10.  including this cover sheet
From: Frank J. Schlehofer
Subject: Our Client:    Debi L. Somerville
  Date of Loss:    1/3/2011
  Your Claim No.:    115900346
File #: 203797
COMMENTS:

F:\pinadocs\medpay.frm

Exhibit 1
Page 7 of 15

# FAX TRANSMITTAL

**RECEIVED**
SEP 1 8 2008
BARBER & SIMS, LLC

Date 9/18/08    Time _____

To JEFF BARBER    Fax # 276-5817
Address/Box # _____    Phone/Network # _____

From DANNY WITHERS    Fax # 907-929-8097
Address/Box # 3900 C St, Sta 1000, AK 99503    Phone/Network # _____

# of Pages Transmitted 8

Message SHAYS V. CARUSO

JEFF,
ATTACHED IS THE APP.
AND UM REJECTION BY OUR
NI.

For 24/7 customer service, call:
1-800-PROGRESSIVE or visit us online at
progressive.com
For 24/7 Progressive claims service, call:
1-800-PROGRESSIVE

**PROGRESSIVE®**

*Think Easier. Think Progressive.*

AUTO • MOTORCYCLE • ATV • BOAT • PWC • RV • COMMERCIAL AUTO

Exhibit 1
Page 8 of 15

## Application for Insurance

Please review, sign where indicated and return



Policy number: 66844809-0
Policyholder: ROBERT CARUSO
February 6, 2007
Page 1 of 7

### NO POSTMARK

**Policy and premium information for policy number 66844809-0**

| | |
|---|---|
| Insurance company: | Progressive Direct Insurance Co<br>PO Box 31260<br>Tampa, FL 33631 |
| Named insured: | ROBERT CARUSO<br>PO BOX 520058<br>BIG LAKE, AK 99652<br>Home: 907-892-2408 |
| Financial responsibility vendor: | EXPERIAN<br>888-397-3742 |
| Policy period: | Feb 7, 2007 - Aug 7, 2007 |
| Effective date and time: | Feb 7, 2007 at 12:01 A.M. |
| Total policy premium: | $463.00 |
| Down payment required: | $463.00 |
| Down payment received: | $463.00 |
| Payment plan: | pay in full |

### Drivers and resident relatives

You, your spouse and all resident relatives 14 years of age or older, all regular drivers of the vehicles described in this application, and all children who live away from home who drive these vehicles, even occasionally, are listed below.

| Name | Date of birth | Sex | Marital status | Relationship |
|---|---|---|---|---|
| Robert Caruso | Apr 28, 1957 | Male | Single | Insured |

Driver status: Rated

### Outline of coverage

Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for a vehicle may not be combined with the limits for the same coverage on another vehicle.

**1985 CHEVROLET K20 PICKUP**
VIN: 1GCEK24L7FS144044
Garaging ZIP Code: 99659
Primary use of the vehicle: Pleasure

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $202 |
| Bodily Injury Liability | $50,000 each person/$100,000 each accident | | |
| Property Damage Liability | $25,000 each accident | | |
| Uninsured/Underinsured Motorist | Rejected | | |
| Uninsured/Underinsured Motorist Property Damage | Rejected | | |
| **Total premium for 1985 CHEVROLET** | | | **$202** |

Continued

Exhibit 1
Page 9 of 15

Policy number: 66844809-0
Policyholder: ROBERT CARUSO
Page 3 of 7

**1987 NISSAN STANZA STATION WAGON**
VIN: JN8HM05Y5H0035761
Garaging ZIP Code: 99659
Primary use of the vehicle: Pleasure

| | Units | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $123 |
|   Bodily Injury Liability | $50,000 each person/$100,000 each accident | | |
|   Property Damage Liability | $25,000 each accident | | |
| Uninsured/Underinsured Motorist | Rejected | | -- |
| Uninsured/Underinsured Motorist Property Damage | Rejected | | -- |
| **Total premium for 1987 NISSAN** | | | **$123** |

**1991 TOYOTA PREVIA DLX SPORT VAN**
VIN: JT3AC21S1M0000020
Garaging ZIP Code: 99659
Primary use of the vehicle: Pleasure

| | Units | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $138 |
|   Bodily Injury Liability | $50,000 each person/$100,000 each accident | | |
|   Property Damage Liability | $25,000 each accident | | |
| Uninsured/Underinsured Motorist | Rejected | | -- |
| Uninsured/Underinsured Motorist Property Damage | Rejected | | -- |
| **Total premium for 1991 TOYOTA** | | | **$138** |
| **Total 6 month policy premium, with paid in full discount** | | | **$463** |

### Premium discounts

Policy
66844809-0    paid in full and multi-car

### Driving history

Progressive Direct uses your driving history from the past 35 months to determine your rate. There are no accidents or violations for drivers on this policy.

### Prior insurance and underwriting questions

Prior Insurance: Yes
Prior insurance carrier: Progressive Group of Ins Cos
Policy number: 65214950
Bodily Injury limits: Less than or equal to $50,000/$100,000

MAR-22-2010 MON 02:56 PM BARBER & SIMS LLC          FAX NO. 9072765817          P. 05
08/18/2008 14:52 FAX  9079298(      Progressive Casualty Ins  (             ⌐004/008

Policy number: 66844809-0
Policyholder: ROBERT CARUSO
Page 3 of 7

**NO POSTMARK**

### Uninsured/Underinsured Motorist Coverage offer

You have been offered Uninsured/Underinsured Motorist Bodily Injury Coverage ("UM/UIM BI") and Uninsured/Underinsured Motorist Property Damage Coverage ("UM/UIM PD") as part of your motor vehicle liability policy. You may reject either or both of these coverages in writing. Or, you may purchase UM/UIM BI and/or UM/UIM PD with limits less than, equal to, or greater than your limits of liability coverage.

UM/UIM BI protects you, your resident relatives, and occupants of a covered vehicle if any sustain bodily injury, including any resulting death, in an accident in which the owner or operator of a motor vehicle who is legally liable does not have insurance, does not have enough insurance to cover the loss, or cannot be identified (hit-and-run vehicle).

UM/UIM PD protects your covered vehicle if it sustains property damage in an accident in which the owner or operator of a motor vehicle who is legally liable does not have insurance, does not have enough insurance to cover the loss, or cannot be identified (hit-and-run vehicle). A deductible may be applied to UM/UIM PD claims.

Available limits of UM/UIM BI are:

- $50,000 each person/$100,000 each accident
- $75,000 each person/$150,000 each accident
- $100,000 each person/$300,000 each accident
- $250,000 each person/$500,000 each accident
- $300,000 each person/$300,000 each accident
- $300,000 each person/$500,000 each accident
- $500,000 each person/$500,000 each accident
- $500,000 each person/$1,000,000 each accident
- $1,000,000 each person/$2,000,000 each accident

Available limits of UM/UIM PD are:

- $25,000 each accident
- $50,000 each accident

Each increased limit of coverage may be available for additional premium which can be quoted to you, and coverage purchased, by contacting your agent or one of our representatives.

The Coverages summary section in this application, and/or your Declarations Page, display the coverages, limits, and associated premiums you have selected for UM/UIM BI and/or UM/UIM PD. If you elected lower limits or rejected either or both of these coverages, such election(s) of lower limits and/or rejection(s) shall be binding on all persons insured under the policy, and shall also apply to any renewal, reinstatement, substitute, amended, altered, modified, or replacement policy with this company or any affiliated company, unless a named insured revokes this election, selects a different option, or submits a request to add the coverage and pays the additional premium.

The UM/UIM BI and UM/UIM PD information above is intended only to be a brief description of the coverages you may select. Payment of benefits under any coverage selected is subject to the terms and conditions of the policy and Alaska law.

### Rental Vehicle Physical Damage coverage offer

If you have elected not to purchase Comprehensive Coverage or Collision Coverage, you may purchase Rental Vehicle Physical Damage Coverage which provides protection for property damage to rental vehicles only.

### Short term policy offer

You may purchase a short term policy with coverage(s) comparable to those offered under a longer term policy. A short term policy is valid for no more than seven (7) days.

Exhibit  1
Page 11 of 15

Policy number: 56944808-0
policyholder: ROBERT CARUSO
Page 4 of 7

## NO POSTMARK

**Application agreement**

**Verification of content**

I declare that the statements contained herein are true to the best of my knowledge and belief and do agree to pay any surcharges applicable under the Company rules which are necessitated by inaccurate statements. I declare that no persons other than those listed in this application regularly operate the vehicle(s) described in this application. I declare that none of the vehicles listed in this application will be used to pick up or deliver persons or property for compensation or a fee, including, but not limited to, delivery of magazines, newspapers; mail, food (including pizza), or any other products. I understand that coverage under this policy may be denied if this application contains any false information or if any information that would alter the Company's exposure is omitted or misrepresented.

**Notice of information practices**

I acknowledge that, in connection with this application and premium quotation, the Company will collect information from consumer reporting agencies, such as driving record and claims history reports. The Company will also attempt to collect information from a credit report on the named insured if he or she is 16 or older and not an excluded driver. If the named insured is less than 16 years old or an excluded driver, or if no credit information is available, the Company will attempt to collect credit information on the named insured's spouse if age 16 or older. The Company will use a credit-based insurance score based on the information contained in that credit report. This information will be used to underwrite my insurance and provide an accurate quote in one of Progressive's underwriting companies. Where permitted by law, future reports may be used to update or renew the insurance.

**I affirm that**

If I make my initial payment by electronic funds transfer, check, draft, or other remittance, the coverage afforded under this policy is conditioned on the check, draft, or other remittance being honored by the bank or financial institution when presented for payment.

If I make my initial payment by credit card, the coverage afforded under this policy is conditioned on payment to the Company by the card issuer. I understand that if the Company is unable to collect my initial payment from the card issuer, the Company shall be deemed not to have accepted the payment and this policy shall be canceled. I also understand that if I authorize a credit card transaction for any payment other than the initial payment, this policy will be subject to cancellation for nonpayment of premium if the Company is unable to collect payment from the card issuer. The Company is deemed "unable to collect" in the following instances: (1) when I reach my credit limit on my credit card and the card issuer refuses the charge; (2) when the card issuer cancels or revokes my credit card; or (3) when the card issuer does not pay the Company, for any reason whatsoever, upon the Company's request.

All Uninsured/Underinsured Motorist Bodily Injury Coverage and Uninsured/Underinsured Motorist Property Damage Coverage options and limits have been explained and offered, and I have indicated the coverage options I desire. I understand that the explanations of these coverages are intended only to be brief descriptions of coverage, and that payment of benefits under any of these coverages is subject both to the terms and conditions of my policy and Alaska law.

**Other charges**

I agree to pay the fees shown on my billing statement that become due during the policy term and each renewal policy term in accordance with the payment plan I have selected. I understand that the amount of these fees may change upon policy renewal or if I change my payment plan. I also understand that the amount of these fees may change if my premium is increased due to inaccurate or incomplete information in this application.

I understand that a returned payment fee of $20.00 will be assessed to the balance due on my policy if any check offered in payment is not honored by my bank or other financial institution. Imposition of such charge shall not deem the Company to have accepted the check unconditionally.





Continued

Exhibit _1_
Page _12_ of _15_

Policy number: 66848809-0
Policyholder: ROBERT CARUSO
Page 5 of 7

I agree to pay a late fee of $5.00 during the policy term and each renewal policy term when either the minimum amount due is not paid or payment is postmarked more than 2 days after the premium due date. The amount of this fee may change upon policy renewal.

Signature of named insured    Date

X  *Robert R Caruso*    2/16/07

Form 4865 AK (06/07)









Exhibit 1
Page 13 of 15

**NO POSTMARK**

Policy number: 6924430950
ROBERT CARUSO
Page 6 of 7

### Rejection of Uninsured/Underinsured Motorist Bodily Injury Coverage

I have been offered Uninsured/Underinsured Motorist Bodily Injury Coverage in amounts equal to and greater than the limits of my Bodily Injury Liability Coverage and I reject the option to purchase any Uninsured/Underinsured Motorist Bodily Injury Coverage. I understand that Uninsured/Underinsured Motorist Bodily Injury Coverage would have protected me, my resident relatives, and occupants of a covered vehicle if any of us sustain bodily injury, including any resulting death, in an accident in which the owner or operator of a motor vehicle who is legally liable does not have insurance or does not have enough insurance.

I understand and agree that this rejection of Uninsured/Underinsured Motorist Bodily Injury Coverage shall be binding on all persons insured under the policy, and that this rejection shall also apply to any renewal, reinstatement, substitute, amended, altered, modified, or replacement policy with this company or any affiliated company, unless a named insured submits a request to add the coverage and pays the additional premium.

**Signature of Named Insured**                                                      **Date**
X  *Robert R Caruso*                                                                2/16/07

Form 1319 AK (10/01)

Exhibit 1
Page 14 of 15

Case 3:11-cv-00160-TMB   Document 1-1   Filed 08/10/11   Page 18 of 19

**NO POSTMARK**

Policy number: 65844895-0
ROBERT CARUSO
Page 7 of 7

**Rejection of Uninsured/Underinsured Motorist Property Damage Coverage**

I have been offered Uninsured/Underinsured Motorist Property Damage Coverage as part of my motor vehicle liability policy. I understand that I may reject this coverage. I also understand that I may purchase Uninsured/Underinsured Motorist Property Damage Coverage with a limit equal to the minimum limit of property damage liability coverage required by Alaska law (currently $25,000 each accident).

I have been offered Uninsured/Underinsured Motorist Property Damage Coverage and I reject the option to purchase any Uninsured/Underinsured Motorist Property Damage Coverage. If rejected, I understand that Uninsured/Underinsured Motorist Property Damage Coverage would have protected me if my vehicle sustained property damage in an accident in which the owner or operator of a motor vehicle who is legally liable does not have insurance or does not have enough insurance.

I understand and agree that this rejection of Uninsured/Underinsured Motorist Property Damage Coverage shall be binding on all persons under the policy, and that this rejection shall also apply to any renewal, reinstatement, substitute, amended, altered, modified, or replacement policy with this company or any affiliated company, unless a named insured submits a request to add this coverage and pays the additional premium.

**Signature of Named Insured**                                                          **Date**
X  *Robert R Caruso*                                                                    2/16/07

Form 1997AK (10/03)

Exhibit 1
Page 15 of 15