Frank J. Schlehofer
Schlehofer Law Offices, P.C.
800 E. Dimond Blvd., Suite 3-640
Anchorage, AK  99515
(907) 344-3434 Telephone
(907) 349-1687 Facsimile
E-mail:frankj@schlawoffice.com
Attorneys for Debi L. Somerville

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DEBI L. SOMERVILLE,<br>      Plaintiff,<br><br>  vs.<br><br>PROGRESSIVE SPECIALTY INSURANCE COMPANY and PROGRESSIVE INSURANCE COMPANY<br>      Defendants.<br>_____ | U.S. District Court Case No.<br>3:11-cv-00160-TMB<br><br><br>Superior Court Case No.<br>3AN-11-9039 CI |

**STATUS NOTICE RE PENDING SETTLEMENT**

COMES NOW the plaintiff by and through her attorneys, Schlehofer Law Offices, P.C. and notifies the court that the parties have reached a verbal agreement regarding this case and are in the process of finalizing an appropriate dismissal.  This counsel was given permission to file this status notice with the court by defense counsel.  It is requested that the pretrial plan be due in 60 days, but in all likelihood an appropriate dismissal will be filed by the parties within 10 days.

Dated in Anchorage, Alaska this 21st day of November, 2011.

SCHLEHOFER LAW OFFICES, P.C.
Attorneys for Debi L. Somerville

By: /s/ Frank J. Schlehofer
Schlehofer Law Offices, P.c.
800 E. Dimond Blvd., Suite 3-640
Anchorage, AK 99515
Phone: (907) 344-3434
Fax: (907) 349-1687
E-mail: frankj@schlawoffice.com
Alaska Bar No. 9011111

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on
the 21st day of November, 2011, a true and
correct copy of the foregoing was sent
to the following via:

[X] Electronic service
[ ] U.S. Mail, First Class, Postage Prepaid
[ ] Hand-Delivery
[ ] Fax
[ ] Federal Express

Frank J. Schlehofer
Schlehofer Law Offices, P.C.
800 E. Dimond Blvd., Suite 3-640
Anchorage, AK 99515

/s/ Frank J. Schlehofer